# UNITED STATES DISTRICT COURT
## District of Kansas

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **FILED UNDER SEAL** |
| **Plaintiff,** | |
| | **CASE NO. 6:19-cr-10096-JWB** |
| **v.** | |
| **MICHAEL P. OHRT,** | |
| **Defendant.** | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Transportation of Child Pornography**
**18 U.S.C. § 2252A(a)(1)**

On or about December 8, 2016, in the District of Kansas, the defendant,

**MICHAEL P. OHRT,**

knowingly transported child pornography, as defined in Title 18, United States Code, § 2256(8)(A), using any means and facility of interstate or foreign commerce, to wit, Dropbox.com, and did so in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, § 2252A(a)(1).

## COUNT 2

### Possession of Child Pornography
### 18 U.S.C. § 2252A(a)(5)(B)

On or about June 5, 2017, in the District of Kansas, the defendant,

### MICHAEL P. OHRT,

knowingly possessed any computer disk and other material, to wit, a Motorola XT1585 smartphone, which contained an image of child pornography, as defined in Title 18, United States Code, § 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who had not attained 12 years of age, all in violation of Title 18, United States Code, § 2252A(a)(5)(B) and (b)(2).

## COUNT 3

### Possession of Child Pornography
### 18 U.S.C. § 2252A(a)(5)(B)

On or about June 21, 2017, in the District of Kansas, the defendant,

### MICHAEL P. OHRT,

knowingly possessed any computer disk and other material, to wit, a laptop computer, which contained an image of child pornography, as defined in Title 18, United States Code, § 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using

materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who had not attained 12 years of age, all in violation of Title 18, United States Code, § 2252A(a)(5)(B) and (b)(2).

## COUNT 4

### Obscene Visual Representation of the Sexual Abuse of Children
### 18 U.S.C. §§ 1466A(a)(2) and (d)(4)

On or about August 11, 2016, in the District of Kansas, the defendant,

### MICHAEL P. OHRT,

knowingly produced a visual depiction that depicts an image, and appears to be, of a minor engaging in graphic oral-genital sex, and such image lacks serious literary, artistic, political, or scientific value, and such visual depiction was produced using materials that had been shipped and transported in interstate commerce, and any visual depiction involved had been transported in interstate commerce by any means, including by computer, all in violation of Title 18, United States Code, § 1466A(a)(2) and (d)(4).

### FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses in violation of 18 U.S.C. §§ 2252A(a)(1) or 2252A(a)(5)(B), as set out in Counts 1-3 of this Indictment, the defendant, **MICHAEL P. OHRT,** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense, including but not limited to:

3

Motorola XT1585 smartphone;
Toshiba laptop;
Acer laptop;
Samsung tablet

All pursuant to Title 18, United States Code, § 2253 (a).

Upon conviction of the offense in violation of 18 U.S.C. § 1466A, as set out in Count 4 of this Indictment, the defendant, **MICHAEL P. OHRT**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 1467(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense, including but not limited to:

Motorola XT1585 smartphone;
Samsung tablet

All pursuant to Title 18, United States Code, § 1467(a).

### A TRUE BILL.

June 18, 2019                    /s/ Foreperson
DATE                             FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

It is requested that trial be held in
**WICHITA, Kansas**

4